# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH HENRY GRYGA, | : CIVIL ACTION |
|     Plaintiff, | : |
| | : |
| v. | : No. 2:10-cv-77 |
| | : |
| MONTGOMERY COUNTY CORRECTIONAL FACILITY, | : |
|     Defendant. | : |

## ORDER

**AND NOW,** this 28th day of April, 2010, upon consideration of Defendant's, Montgomery County Correctional Facility/Montgomery County, Motion to Dismiss, (doc. no. 5), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the motion is **GRANTED** and the claims against Defendant are **DISMISSED WITHOUT PREJUDICE**. Plaintiff shall have fourteen (14) days to file an amended complaint setting forth a cognizable claim in accordance with this Memorandum.

                                                    **BY THE COURT:**

                                                    _____
                                                    **MITCHELL S. GOLDBERG, J.**